· HOYE, Respondent, v. PENNSYLVANIA R. CO., Appellant et al. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Stephen M. Hoye against the Pennsylvania Railroad Company and another. No opinion. Motion to resettle order grant-

ed on reargument, without costs. See 114 App. Div. 821, 100 N. Y. Supp. 190.